IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JERRY L. CLARK,

    Petitioner,

v.

GEORGIA DEPARTMENT OF CORRECTIONS; and TOOMBS COUNTY, GEORGIA,

    Respondents.

CIVIL ACTION NO.: 6:16-cv-97

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 14), to which Petitioner Jerry Clark ("Clark") failed to file Objections.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Clark's 28 U.S.C. § 2254 Petition **without prejudice** for failure to follow this Court's Orders and failure to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Clark *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 9th day of January, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Clark submitted a letter to the Clerk of Court on December 22, 2016, in which Clark complains about his criminal proceedings in state court. (Doc. 17.) However, Clark does not address his lack of communication with the Court or his failure to comply with this Court's Orders, nor does Clark object to the Magistrate Judge's Report and Recommendation.